THE PRESIDENT, DIRECTORS AND COMPANY OF THE BANK OF NEWBURGH *against* SEYMOUR AND SMITH.

PECK
v.
PECK.

ROSS, for the plaintiffs, moved for leave to amend the record of the judgment in this cause, by inserting the words " and *Lemuel Smith*," after the words " *Wright Seymour*," in the warrant of attorney, and in the memorandum of the record, and by adding the letter *s* to the word defendant wherever it occurred in the record ; and that the judgment be docketted, *nunc pro tunc*, against the said *Lemuel Smith*, defendant. He read an affidavit, stating, that the omission of *Lemuel Smith*, in making up the judgment, was by the mistake of a clerk in his office.

*A judgment record was amended by adding the name of another defendant. saving to all persons the rights they may have, bona fide, acquired in the estate of such defendant, since the docketting of the judgment so amended.*

*T. L. Ogden*, contra.

*Per Curiam.* We grant the rule, saving, however, to all persons, the rights they may have, *bona fide*, acquired either in the real or personal estate of *Lemuel Smith*, from the 26th day of *October*, 1816, when the judgment was docketted against *Seymour*, until the time of granting this rule.

Rule granted.